IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR365 |
| v. | |
| STEVEN PAYMENT, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Steven Payment's ("Payment") Motion for Compassionate Release (Filing No. 211) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). After briefing on Payment's Motion had been submitted, the United States Probation and Pretrial Services Office for the District of Nebraska informed the Court that Payment has been fully vaccinated against COVID-19. Because the parties have not had an opportunity to consider the effect of the vaccine on Payment's motion, the Court will permit the parties to brief that issue.

IT IS ORDERED:

1. Within seven days of the date of this Order, the government and Payment's counsel may each file a brief addressing the effect of Payment's vaccination on his Motion for Compassionate Release, and may provide any evidence necessary to the Court's disposition of his motion.

2. Absent an extension or other request from the parties, the motion shall be deemed fully briefed and submitted as of that date.

Dated this 17th day of March 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge